# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 22, 2021

## NO. 03-19-00027-CR

**Blair Beck McCall, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM 274TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**REVERSED AND ACQUITTAL RENDERED ON MOTION FOR REHEARING --**
**OPINION BY JUSTICE KELLY**
**CONCURRING OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment of conviction entered by the trial court. The Court reinstates the appeal from abatement; withdraws its judgment issued January 8, 2021; and substitutes this judgment in place of the earlier one. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment of conviction. Therefore, the Court reverses the trial court's judgment of conviction and renders a judgment of acquittal for occlusion assault. Blair Beck McCall is discharged from all further liability for such offense and charge. The State shall pay all costs relating to this appeal, both in this Court and in the court below.